IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK MAY, | } | Civil Action 1:14-cv-387 |
| Plaintiff, | } } | JUDGE: DAN AARON POLSTER |
| v. | } } | |
| PROCOLLECT, INC. | } } | |
| Defendant. | } | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE having come before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, it is hereby ORDERED that this case is dismissed without prejudice.

SO ORDERED THIS  14th  day of   April        , 2014.


  /s/Dan Aaron Polster
Judge Dan Aaron Polster